

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **TAROME ANTONIO HARRIS** | **CIVIL ACTION NO. 06-2184-P** |
| **VERSUS** | **JUDGE WALTER** |
| **STEVE RISNER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding access to the courts are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 24 day of April 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE