
RECEIVED

SEP 18 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TAROME ANTONIO HARRIS | CIVIL ACTION NO. 06-cv-2184 |
| VERSUS | JUDGE WALTER |
| STEVE RISNER, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 38)** is **granted** and all claims against all Defendants are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 18 day of Sept, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE